BRYAN CAVE LLP, #145700
Robert W. Shely, #014261
Eric M. Moores, #028280
Two North Central Avenue, Suite 2200
Phoenix, AZ  85004-4406
Telephone:   (602) 364-7000
E-Mail:   rwshely@bryancave.com
             moorese@bryancave.com

*Attorneys for Defendant Bank of America, N.A.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Kendrick,<br><br>        Plaintiff,<br><br>   v.<br><br>Bank of America, N.A.,<br><br>        Defendant. | No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Bank of America, N.A., in compliance with the provisions of:

   __X__   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

   _____   No such corporation.

775930.1\0380716

__ X __   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

<u>Bank of America, N.A.</u>

Bank of America, N.A. is a wholly-owned subsidiary of BAC North America Holding Company. BAC North America Holding Company is a wholly-owned subsidiary of NB Holdings Corporation. NB Holdings Corporation is a wholly-owned subsidiary of the publicly held Bank of America Corporation.

_____   Publicly held corporation, not a party to the case, with a financial interest in the outcome.

_____   Relationship

_____   Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 11th day of March, 2015.

                BRYAN CAVE LLP

                By <u>s/Eric M. Moores</u>
                    Robert W. Shely
                    Eric M. Moores
                    Two North Central Avenue, Suite 2200
                    Phoenix, AZ  85004-4406
                    Attorneys for Defendant Bank of America, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2015, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and mailed a copy to:

J. Roger Wood
Erin S. Iungerich
Law Offices of J. Roger Wood, PLLC
4700 South Mill Avenue, Suite 3
Tempe, AZ 85282
Attorneys for Plaintiff

s/ Lisa Remus