BRYAN CAVE LLP, #145700
Robert W. Shely, #014261
Eric M. Moores, #028280
Two North Central Avenue, Suite 2200
Phoenix, AZ  85004-4406
Telephone:   (602) 364-7000
E-Mail:   rwshely@bryancave.com
             moorese@bryancave.com

*Attorneys for Defendant Bank of America, N.A.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Kendrick,<br><br>              Plaintiff,<br><br>       v.<br><br>Bank of America, N.A.,<br><br>              Defendant. | No. 2:15-cv-00447-GMS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Barry Kendrick and defendant Bank of America, N.A. ("BANA") hereby stipulate and agree to entry of an order providing that BANA shall answer or otherwise respond to Plaintiffs' Complaint by April 3, 2015.  The parties seek this extension in order to complete their meet and confer efforts in accordance with this Court's March 12, 2015 Order [Doc. 5].

A proposed form of Order is submitted herewith.

DATED this 27th day of March, 2015.

| | |
|---|---|
| BRYAN CAVE LLP | LAW OFFICES OF J. ROGER WOOD, PLLC |
| By  s/ Eric M. Moores<br>     Robert W. Shely<br>     Eric M. Moores<br>     Two N. Central Avenue, Suite 2200<br>     Phoenix, AZ  85004-4406 | By s/ J. Roger Wood (with permission)<br>     J. Roger Wood<br>     Erin S. Iungerich<br>     4700 South Mill Avenue, Suite 3<br>     Tempe, AZ 85282 |
| Attorneys for Defendant | Attorneys for Plaintiff |

1  Filed electronically with the Court and
2  served on counsel of record by the Court's
   CM/ECF system this 27th day of March,
3  2015.

4

5  ___s/ Mary Ann Villa_____

6

7

8

9

10  776883

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, AZ 85004-4406
TELEPHONE: (602) 364-7000

2