IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Kendrick,<br><br>     Plaintiff,<br><br>v.<br><br>Bank of America NA,<br><br>     Defendant. | No. CV-15-00447-PHX-GMS<br><br>**ORDER** |

  This matter is before the Court on Defendant Bank of America, N.A.'s Motion to Dismiss (Doc. 10.) The Motion was filed on April 3, 2015. Plaintiff has failed to respond to this Motion and the Court has received no requests for an extension of time. Local Rule of Civil Procedure 7.2(c) states that a party opposing a motion shall file the opposition within fourteen (14) days after service. Local Rule of Civil Procedure 7.2(i) states that a failure to serve and file the required answering memoranda, such-non-compliance may be deemed consent to the granting of that motion. As Plaintiff has failed to timely file an opposition to Defendant's Motion to Dismiss, it will be granted. Attorney's fees will also be granted upon compliance with L.R. Civ. 52.1.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss (Doc. 10) is **GRANTED**. The Clerk of the Court is directed to **TERMINATE** this action and enter judgment accordingly.

Dated this 20th day of May, 2015.

Honorable G. Murray Snow
United States District Judge

- 2 -